Russell Lee VANCE, Appellant,

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 25, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of June, 2007, the Order of the Commonwealth Court is affirmed.